# Court of Appeals
# of the State of Georgia

ATLANTA, August 10, 2026

*The Court of Appeals hereby passes the following order*

**A27D0003. JEZRAEL SEPULVEDA et al v. GRAYSTAR LIVING/ASSET PLUS USA, A /A/F RESERVE AT PEACHTREE CORNERS.**

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

26AA0053



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, August 10, 2026.

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

*, Clerk.*